UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08MJ2507 |
| vs. | ORDER |
| Peter Valevich | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a ~~material witness~~ be released from custody: (Bond Posted / Case Disposed / Order of Court).

Luis Preciado-Solorzano

DATED: 8/26/08

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by Y. Madueno Y. MADUENO

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95